<div style="display:flex;justify-content:space-between;">

LARRY A. PANKEY
LAURA C. HORLOCK
LISA B. FUERST
E. BERK SAULS

**PANKEY & HORLOCK, LLC**
Attorneys At Law
1441 Dunwoody Village parkway
Suite 200
Atlanta, GA 30338
Telephone: (770) 670-6250  Fax (770) 670-6249

Ebsauls@pankeyhorlock.com

</div>

December 6, 2016

M. Regina Thomas
Clerk of Court
United States Bankruptcy Court for the Northern District of Georgia
1340 Russell Federal Building
75 Spring Street, S.W.
Atlanta, GA 30303

## **REQUEST FOR SERVICE OF NOTICES**

RE:    Debtor         :    Carolyn E. Miller
       Case Number    :    16-71666-pmb
       Chapter        :    13
       Creditor       :    Georgetown Commons Homeowners' Association, Inc.

Dear Sir/Madam:

    Please add the following interested party to the mailing and service list in the above-referenced case:

        Georgetown Commons Homeowners' Association, Inc.
        c/o E. Berk Sauls and Laura C. Horlock
        Pankey & Horlock, LLC
        1441 Dunwoody Village Parkway, Suite 200
        Atlanta, GA 30338

    Please provide me with a copy of each notice of any proceeding, hearing or report in this matter including but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

                Very truly yours,
                ____/s/_____
                E. Berk Sauls
                Georgia Bar No. 627059
                Laura C. Horlock
                Georgia Bar No. 366982
                Attorney for Georgetown Commons Homeowners' Association, Inc.

cc:    E.L. Clark, Debtors Attorney
       Adam M. Goodman, Trustee Chapter 13
       Carolyn E. Miller, Debtor
8365.0087