B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

_____Northern District Of _Georgia_____

In re Carolyn Elaine Miller_____,    Case No. 16-71666-pmb____

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**
**(Servicing Rights Only)**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Carrington Mortgage Services, LLC_____    Bank of America, N.A._____
      Name of Transferee              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): 7-1
should be sent:                  Amount of Claim: $ 84,775.10
Carrington Mortgage Services, LLC          Date Claim Filed: February 24, 2017
1600 South Douglass Road
Anaheim, CA 92806

Phone: _800-561-4567_____    Phone: _(800) 669-6607_____
Last Four Digits of Acct #: _3407_____    Last Four Digits of Acct. #: _3706_____

Name and Address where transferee payments
should be sent (if different from above):
Carrington Mortgage Services, LLC
P.O. Box 3730
Anaheim, CA 92806

Phone: _800-561-4567_____
Last Four Digits of Acct #: _3407_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Dean R. Prober, Esq._____    Date: _September 18, 2017_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Marine Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 09/21/2017, I served the within Transfer of Claim Other Than for Security and Notice of Transfer of Claim Other Than for Security on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Carolyn Elaine Miller
749 Georgetown Lane
Jonesboro, GA 30236
Debtor

E.L. Clark, Esquire
Clark & Washington, PC
3300 Northeast Expwy., Bldg. 3
Atlanta, GA 30341
Attorney for Debtor

Adam M. Goodman
Suite 200
260 Peachtree Street
Atlanta, GA 30303
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 09/21/2017 at Woodland Hills, California.

/s/ Marine Gaboyan

B2100B (Form 2100B) (12/15)

# United States Bankruptcy Court

_____Northern____ District Of __Georgia_____

In re __Carolyn Elaine Miller_____,    Case No. __16-71666-pmb____

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY
**(Servicing Rights Only)**

Claim No. _7-1___ (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

Name of Alleged Transferor
 Bank of America, N.A.

Name of Transferee
 Carrington Mortgage Services, LLC

Address of Alleged Transferor:
 Bank of America, N.A.
 P.O. Box 31785
 Tampa, FL 33631-3785

Address of Transferee:
 Carrington Mortgage Services, LLC
 1600 South Douglass Road
 Anaheim, CA 92806

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                   **CLERK OF THE COURT**